LOCAL FORM 2016-1
Revised 03/2020

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

                                                  Case No. _____

**Angela Dean Birosh**

                    Debtor(s).

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
## BY ATTORNEY FOR DEBTOR(S) IN CHAPTER 13 CASE

The undersigned applicant, pursuant to Local Rule 2016-1(d), states that:

1.     The applicant is the attorney for the Debtor(s).

2.     The status of the of the case is as follows:

        ☐ A plan was confirmed on \_\_\_\_, \_\_; or

        ☑ No plan has been confirmed and the case is pending.

The trustee has funds on hand in the amount of $ **0.00**           .

3.     Applicant seeks allowance of fees and reimbursement of expenses as follows:

        Fees:
| | | |
|---|---|---|
| Motion to value | $ | |
| Other pre-confirmation services | $ | **3,000.00** |
| Post-confirmation services | $ | |
| Expenses: | $ | |
| Filing Fee | $ | |
| Copies _____ (#) @ $. _____ = | $ | |
| Postage _____ (#) @ $ _____ . \_\_\_\_ = | $ | |
| Credit Counseling and Personal Financial Mngt Courses | $ | **47.00** |
| | | |
| Total Expenses | $ | **360.00** |
| | | |
| Total Fees and Expenses: | *$* | **3,360.00** |

(collectively, "Requested Fees and Expenses.") If the requested expenses include costs in addition to the expenses listed above, an itemization is attached to this application.

4. The Requested Fees and Expenses constitute reasonable compensation for actual, necessary services rendered by the Applicant and actual, necessary expenses incurred on behalf of the Debtor(s). The services provided consist of the following:

☑ Pre-confirmation services.
  ☐ Including a motion to value; or
☐ Post confirmation services consisting of the following:

  ☐ Resolving motion(s) for relief from stay
  ☐ Resolving motion(s) for dismissal
  ☐ Filing motion(s) for sale of real estate
  ☐ Filing motion(s) objecting to claim(s)
  ☐ Preparing, serving and filing modified plan(s)
  ☐ Assisting the debtor(s) in complying with § 521(f)(4)
  ☐ Assisting the debtor(s) in responding to requests for information made in connection with an audit conducted pursuant to 28 U.S.C. Section 586(f)

5. Regarding the Requested Fees and Expenses, the Debtor(s) has/have paid Applicant the sum of $ **360.00** as of **09/25/2024**. The Debtor(s) owes the Applicant the sum of $ **3,000.00** for the unpaid balance.

6. The Applicant has applied for fees and/or expenses in this case as follows:

| Date of Application | Amount of Application | Date of Order | Amount Allowed | Paid to Date |
|---|---|---|---|---|
| | | | | |

7. The applicant has not shared or agreed to share with any other person, other than with members of the applicant's law firm, any compensation paid or to be paid in this case.

Wherefore, the applicant requests an order awarding $ **3,000.00**, for total compensation and $ **360.00** for reimbursement of expenses and authorizing the trustee to pay the unpaid balance to applicant as provided in the plan.

Dated: **September 25, 2024**

/s/ Wesley W. Scott
Atty Name: **Wesley W. Scott 0264787**
Address: **LifeBack Law Firm, PA**
**13 7th Avenue South**
**Saint Cloud, MN 56301**
Phone, Attorney(s) for Debtor(s):
**320-252-0330**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Angela Dean Birosh**

Case No.

Debtor(s).

**ORDER**

This case came before the Court on the Application for Compensation and Reimbursement of Expenses by Attorney for Debtor(s) in Chapter 13 Case. Appearances, if any, were noted on the record. Based on the application and the file, record and proceedings herein,

IT IS ORDERED:

Applicant is awarded $___**3,000.00**___ for total compensation and $___**360.00**___ for reimbursement of expenses and the trustee is authorized to pay the unpaid balance to the applicant as provided in the plan.

**BY THE COURT:**

Dated: _____

_____
U.S. Bankruptcy Judge